T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JASON MARK GILLIS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SISKIYOU, a public entity; CITY OF MT. SHASTA, a public entity; Siskiyou County Sheriff's Office Deputy DUSTIN MCQUILLAN; City of Mt. Shasta Police Sergeant JOHN CASANOVA; Siskiyou County Sheriff-Coroner JEREMIAH LARUE; City of Mt. Shasta Police Chief ROBERT GIBSON; and DOES 1–30, jointly and severally, <br><br> Defendants. | Case No.: 2:25-cv-01490-DMC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiff Jason Mark Gillis ("Plaintiff"); Defendants County of Siskiyou, Jeremiah LaRue, and Dustin McQuillan ("County Defendants"); and Defendants City of Mt. Shasta, Robert Gibson, and John Casanova ("City Defendants"); by and through their undersigned counsel of record, hereby stipulate as follows:

## RECITALS

1. On June 30, 2025, pursuant to Eastern District Local Rule 144(a), the Parties stipulated to extend the deadline for all Defendants to file a responsive pleading until July 29, 2025. ECF No. 11.

2. Plaintiff's counsel will be out of the country and unavailable on pre-paid vacation from July 25–July 31, 2025.

3. Recently, the City Defendants' counsel and the County Defendants' counsel have indicated that they are contemplating filing motions to dismiss.

4. The Parties may be able to resolve any perceived deficiencies in the complaint by meeting and conferring, in an effort to obviate the need for motion practice, saving attorney and Court time.

5. The deadline for the Parties to consent or decline magistrate judge jurisdiction is August 26, 2025. ECF No. 3, p.2:6–11.

6. If the Parties do not all consent to magistrate judge jurisdiction, then any motion to dismiss would be heard by another judge.

## STIPULATION

Therefore, both to accommodate Plaintiff's counsel's unavailability on the current deadline for filing a responsive pleading, and to allow the Parties to meet and confer to hopefully obviate the need for motion practice; and given the August 26 deadline for the filing of the forms for consent-declination of magistrate judge jurisdiction, the Parties stipulate to continue the July 29, 2025 deadline for all Defendants to file responsive pleading until September 8, 2025.

Dated: July 16, 2025        **HELM LAW OFFICE, PC**

*/s/ T. Kennedy Helm, IV*

By: T. KENNEDY HELM, IV
*Attorney for Plaintiff*

Dated: July 16, 2025            **MAIRE & DEEDON**

*/s/ Tracey A. Werner*  (as authorized 07/15/2025)

By: TRACEY A. WERNER
*Attorneys for County Defendants*

Dated: July 16, 2025            **ANGELO KILDAY & KILDUFF**

*/s/ Derick E. Konz*  (as authorized 07/14/2025)

By: DERICK E. KONZ
*Attorneys for City Defendants*

*Ms. Werner and Mr. Konz provided their consent that this document be filed by CM/ECF.

STIP. & ORDER TO EXTEND TIME FOR DEFS. TO RESPOND TO COMPLAINT
*Gillis v. County of Siskiyou, et al.*
Case No. 2:25-cv-01490-DMC

2

**ORDER**

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that:

The deadline for all Defendants to file a responsive pleading shall be September 8, 2025.

**IT IS SO ORDERED.**

Dated:  July 17, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIP. & ORDER TO EXTEND TIME FOR DEFS. TO RESPOND TO COMPLAINT
*Gillis v. County of Siskiyou, et al.*
Case No. 2:25-cv-01490-DMC

3